UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　25-MJ-03421 (UA)-2

ARTEM ZAZULYAK,　　　　　　　　　　　　　　　　**ORDER**

**Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the defendant and defense counsel is scheduled for Monday, December 1, 2025, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　November 3, 2025
　　　　　　New York, New York