**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.286.0611 direct
mgilbert@sheppardmullin.com

November 12, 2025

The Honorable Sarah Netburn
Chief Magistrate Judge, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Kocharian*, 25-MJ-03421 (S.D.N.Y.)

Dear Judge Netburn:

On behalf of Artem Zazulyak, a defendant in the above captioned case, we respectfully request a modification of his bail conditions for the reasons set forth below. The Government consents to this request.

Mr. Zazulyak was arrested on October 29, 2025 and charged with conspiracy to commit Hobbs Act extortion under 18 U.S.C. § 1951. Complaint, ECF No. 1. Mr. Zazulyak was released on a $250,000 personal recognizance bond to be co-signed by a financially responsible person. Appearance Bond, ECF No. 6. Mr. Zazulyak's release conditions also include: travel restricted to SDNY and EDNY, surrendering his passport to Pretrial Services and no new applications, continuing or seeking employment, not possessing a firearm, destructive device, or other weapon, and wearing a GPS tracking ankle monitor. Appearance Bond, ECF No. 6.

Mr. Zazulyak is required to secure the co-signer by November 13, 2025, but has been unable to do so. Minute Entry, ECF No. 5. We request an adjournment until December 1, 2025—the date the Court scheduled for a status conference with Mr. Zazulyak (ECF No. 7)—to secure the required co-signer.

Mr. Zazulyak has been fully compliant with his conditions of release. As directed by the Court, Mr. Zazulyak promptly appeared at Pretrial Services the morning after he was released, turned in his passport, and was fitted with an ankle monitor. Mr. Zazulyak has engaged with his Pretrial Services Officer, who reports no issues.

This is our initial request for adjournment. Pretrial Services does not object.

---

The bail modification request is GRANTED. Mr. Zazulyak has until December 1, 2025, to secure a co-signer.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   November 13, 2025
         New York, New York

**SheppardMullin**

The Honorable Sarah Netburn
November 11, 2025
Page 2

Thank you for your consideration of this request.

Respectfully Submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Kevin Grossinger, AUSA
      Jessica Aguilar-Adan, Pretrial Services Officer