**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.286.0611 direct
mgilbert@sheppardmullin.com

December 16, 2025

The Honorable Sarah Netburn
Chief Magistrate Judge, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Kocharian*, 25-MJ-03421 (S.D.N.Y.)

Dear Judge Netburn:

On behalf of Artem Zazulyak, a defendant in the above captioned case, we respectfully request a modification of his bail conditions to remove the requirement for a co-signer on his bond for the reasons set forth below.

Mr. Zazulyak was arrested on October 29, 2025 and charged with conspiracy to commit Hobbs Act extortion under 18 U.S.C. § 1951(b). Sealed Complaint, ECF No. 1. Mr. Zazulyak was released on a $250,000 personal recognizance bond to be co-signed by a financially responsible person. Appearance Bond, ECF No. 6. Mr. Zazulyak's release conditions also include: travel restricted to S.D.N.Y. and E.D.N.Y., surrendering his passport to Pretrial Services, continuing or seeking employment, not possessing a firearm or destructive device, and wearing a GPS tracking ankle monitor. Appearance Bond, ECF No. 6.

Mr. Zazulyak was initially required to secure the co-signer by November 13, 2025. Minute Entry, ECF No. 5. We requested an adjournment until December 1, 2025, for the co-signer, and Your Honor extended this deadline to December 16 following an in person hearing on December 1. ECF No. 11; Minute Entry, December 1, 2025. We now write to request you remove the condition that Mr. Zazulyak have a co-signer on his bond for the reasons set forth below.

While we understand Mr. Zazulyak has asked two people to co-sign the bond for him, they both declined due to concerns about governmental exposure given the current immigration-enforcement climate.

We understand that Mr. Zazulyak has a conditional job offer set to begin in January 2026. Mr. Zazulyak also promptly appeared at the December 1 hearing in front of Your Honor, demonstrating that he understands his obligations to the Court. And, as we previously noted, Mr. Zazulyak promptly appeared at Pretrial Services the day after he was released, turned in his passport, and was fitted with an ankle monitor.

We also propose another status conference be set for a date convenient for the Court after January 1, 2026, to discuss Mr. Zazulyak's pretrial release and any concerns the Court may have.

**SheppardMullin**

The Honorable Sarah Netburn
December 16, 2025
Page 2

Pretrial Services does not object. The Government consents.

Thank you for your consideration of this request.

Respectfully Submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    Kevin Grossinger, AUSA
       Meherun Mayer, Pretrial Services Officer

The bail modification request is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 18, 2025
          New York, New York