**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**UNITED STATES OF AMERICA,**

                  **-against-**

**ARTEM ZAZULYAK,**

                  **Defendant.**

**---------------------------------------------------------------X**

**25-MJ-03421-UA-2**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/18/2025 __

**SARAH NETBURN, United States Magistrate Judge:**

A status conference is scheduled for Wednesday, January 28, 2026, at 3:00 p.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 18, 2025
              New York, New York