

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 23, 2026

**By ECF**
The Honorable Sarah Netburn
Chief Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Artem Zazulyak*, **25 Mag. 3421**

Dear Judge Netburn:

On December 18, 2025, the Court scheduled a status conference for January 28, 2026, at 3:00 p.m. (Dkt. 24.) The Government writes this letter to respectfully request that the conference be rescheduled by one day, to January 29, 2026, at 10:30 a.m. — a time the Government understands the Court may have availability. The defendant does not object to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____

Kevin Grossinger
Assistant United States Attorney
Southern District of New York
kevin.grossinger@usdoj.gov
(212) 637-2426

The status conference scheduled for January 28, 2026, is RESCHEDULED for January 29, 2026, at 10:30 a.m.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  January 23, 2026
New York, New York