**Sheppard**

March 30, 2026                                                         +1.212.896.0611
                                                                  mgilbert@sheppard.com

The Honorable Sarah Netburn
Chief Magistrate Judge, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Kocharian*, 25-MJ-03421 (S.D.N.Y.)

Dear Judge Netburn:

On behalf of Artem Zazulyak, a defendant in the above-captioned case, we write to respectfully request a modification of Mr. Zazulyak's conditions of pretrial release to allow him to have his ankle bracelet temporarily removed so he may have an MRI performed. His MRI is currently scheduled for the morning of Wednesday, April 1, 2026.[1] Attached as Exhibit A is a note from Mr. Zazulyak's doctor explaining the need for the MRI. We request that this exhibit be filed under seal to protect Mr. Zazulyak's personal health information.

Specifically, we request that Mr. Zazulyak be allowed to have his ankle monitor removed by Pretrial the afternoon of March 31, and have it reattached no later than the afternoon of April 1, 2026.

The Government does not object. Pretrial does not object.

Respectfully submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    Kevin Grossinger, AUSA
       Meherun Mayer, Pretrial Services

---

The bail modification and sealing requests are GRANTED. The Clerk of Court is respectfully directed to close the motions at ECF No. 45 and ECF No. 46.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 30, 2026
          New York, New York