

May 21, 2026

+1.212.896.0611
mgilbert@sheppard.com

The Honorable Sarah Netburn
Chief Magistrate Judge, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Kocharian*, 25-MJ-03421 (S.D.N.Y.)

Dear Judge Netburn:

On behalf of Artem Zazulyak, a defendant in the above-captioned case, we write to respectfully request a modification of Mr. Zazulyak's conditions of pretrial release to allow him to have his ankle monitor temporarily removed so he may have an MRI performed. Your Honor previously granted a request for Mr. Zazulyak to have his ankle monitor removed for a related MRI on March 30, 2026. On that occasion, Mr. Zazulyak had his ankle monitor removed and later reattached.

Mr. Zazulyak's MRI is currently scheduled for noon on May 26. Attached as Exhibit A is a note from Mr. Zazulyak's doctor explaining the need for the MRI. We request that this exhibit be filed under seal to protect Mr. Zazulyak's personal health information.

Specifically, we request that Mr. Zazulyak be allowed to have his ankle monitor removed by Pretrial the morning of May 26, and have it reattached no later than the morning of May 27.

The Government does not object. Pretrial does not object.

Respectfully submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    Kevin Grossinger, AUSA
       Meherun Mayer, Pretrial Services

---

The bail modification request is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  May 21, 2026
        New York, New York